UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANITA VENTURI,

                Plaintiff,

-against-

UNIVERSAL MEDIA FIRM LLC, et al.,

                Defendants.

25-CV-3531 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR AMENDED IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

    Plaintiff submitted an IFP application, but she does not respond to the questions asking how she is paying for any of her expenses. In response to questions regarding her financial circumstances, she leaves the questions blank, suggesting that she has no income and no expenses. Attached to the complaint, however, is her statements where she states, "I pay all my bills, family money. I have low-income." (ECF 2, at 3.) Because Plaintiff's IFP application does provide a full accounting of her financial circumstances, including the sources of her "low-income" and "family money," the Court is unable to determine whether she can pay the fees for this action.

    Accordingly, within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit an amended IFP application. If Plaintiff submits the amended IFP application, it should be labeled with docket number 25-CV-3531 (LTS) and address the deficiencies described above by providing facts to establish that she is unable to pay the filing

fees. If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 6, 2025
         New York, New York

                                       /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                      Chief United States District Judge