UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANITA VENTURI,<br><br>                        Plaintiff,<br><br>        -against-<br><br>UNIVERSAL MEDIA FIRM LLC; FRANCIS L. TALLO II,<br><br>                        Defendants. | 25 CIVIL 3531 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 26, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    SO ORDERED.

Dated:   July 1, 2025

    New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                            Chief United States District Judge